E-Filing                                FILED

SCOTT SCHOOLS
United States Attorney                  2007 AUG 22 P 2:50
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102                 RICHARD W. WIEKING
Telephone: (415) 436-7200               CLERK
                                        U.S. DISTRICT COURT
Attorneys for the United States         NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   CRIMINAL NO. 07-70497-HRL
                                    )
    Plaintiff,                      )
                                    )   NOTICE OF PROCEEDINGS ON
    v.                              )   OUT-OF-DISTRICT CRIMINAL
                                    )   CHARGES PURSUANT TO RULES
Timothy Sweetland                   )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                    )   OF CRIMINAL PROCEDURE
    Defendant.                      )
                                    )

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

Procedure that on _____, the above-named defendant was arrested based upon an

arrest warrant (copy attached) issued upon an

☒ Indictment    ☐ Information    ☐ Criminal Complaint    ☐ Other_____

pending in the __Western__ District of __Wisconsin__, Case Number __07CR 1165__

In that case, the defendant is charged with a violation(s) of Title(s) __21__ United States Code,

Section(s) __841(a)(1)__

Description of Charges: __Conspiracy to distribute methamphetamine__


                                        Respectfully Submitted,
                                        SCOTT SCHOOLS
                                        UNITED STATES ATTORNEY

Date: 8/22/07

                                        Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) INDICTMENT |
| | ) Case No. 07 CR 116 S |
| TIMOTHY M. SWEETLAND, and | ) 21 U.S.C. § 846 |
| LAUREN F. PITCHELL, | ) 21 U.S.C. § 841(a)(1) |
| | ) |
| Defendants. | ) **SEALED** |
| | ) |

THE GRAND JURY CHARGES:

### COUNT 1

From on or about June 16, 2005, until December 8, 2005, in the Western District of Wisconsin and elsewhere, the defendants,

TIMOTHY M. SWEETLAND, and
LAUREN F. PITCHELL,

conspired and agreed with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, with this conspiracy involving 50 grams or more of a mixture or substance containing methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

(All in violation of Title 21, United States Code, Section 846).

CC: DEFT., USA, USM, PROBA.
FDS, JCS, SLC
Date _____
By _____

COUNT 2

On or about December 8, 2005, in the Western District of Wisconsin and elsewhere, the defendant,

LAUREN F. PITCHELL,

knowingly and intentionally distributed a mixture or substance containing methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States code, Section 841(a)(1)).

A TRUE BILL

PRESIDING JUROR

United States Attorney

Indictment returned: 07/18/07

2

# WARRANT FOR ARREST

**United States District Court**

DISTRICT: WESTERN DISTRICT OF WISCONSIN

07 CR 116 S

MAGISTRATE JUDGE CASE NO.

United States of America

v.

Timothy M. Sweetland,

Defendant.

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:

Timothy M. Sweetland
9114 Adams Avenue
Huntington Beach, CA

Warrant Issued on the Basis of:

[X] Indictment  [ ] Order of Court  [ ] Information  [ ] Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

conspiracy to distribute of methamphetamine

IN VIOLATION OF 21 USC § 846

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

Ordered By:
Federal Judge/Magistrate Judge  **THERESA M. OWENS**

Date Order:

Clerk of Court:
(By) Deputy Clerk

Date Issued: JUL 1 9 2007

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

Date Received:                Date Executed:

Name and Title of Arresting Officer:    Signature of Arresting Officer:

