**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

FILED
2007 SEP 12 P 4: 24
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DOC NO
E-FILED
2007 SEP -4 AM 10: 11
CLERK US DIST COURT
WD OF WI

August 29, 2007

Clerk of Court-Western District of Wisconsin
PO Box 432
Madison, WI 53701-0432

Case Name: **US-v-Timothy Sweetland**
Case Number: **5-07-70497-HRL (Your Case# 07CR116S)**
Charges: 21:841(a)(1)

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( ) The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escolano_
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

Date: 9-4-07

CLERK, U.S. DISTRICT COURT
By _____
Deputy Clerk